PAUL RAYMOND TULREY (SBN 177777)
2431 Fillmore Street
San Francisco, CA. 94115
Telephone: 415-292-1940
Facsimile: 415-292-1946

Attorney for Defendant
WADE ANTHONY VARNER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WADE VARNER, an individual, | Case No: C 04-03990 SBA |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT FOR DAMAGES FOR DEPRIVATION OF CONSTITUTIONAL RIGHTS A ND FOR ISSUANCE OF NEW SUBPOENAS.** |
| LAKE COUNTY, LAKE COUNTY SHERIFF'S DEPARTMENT, LAKE COUNTY SHERIFF'S SERGEANT DARREN DASKAM, LAKE COUNTY CORRECTIONS OFFICER MATT GRAMMAR, AND DOES 3 TO 20, | |
| Defendants. | |

UPON THE STIPULATION OF THE PARTIES,

**IT IS HEREBY ORDERED** that Plaintiff may file the FIRST AMENDED COMPLAINT FOR DAMAGES FOR DEPRIVATION OF CONSTITUTIONAL RIGHTS, attached to and filed with the Stipulation, and that the Clerk of the Court will issue new subpoenas naming the additional defendants upon delivery of the subpoenas to the Clerk.

Dated: 6/12/06

HONORABLE SAUNDRA B. ARMSTRONG,
UNITED STATES DISTRICT COURT JUDGE