1  PAUL RAYMOND TULREY (SBN 177777)
   2431 Fillmore Street
2  San Francisco, CA. 94115
   Telephone: 415-292-1940
3  Facsimile: 415-292-1946

4

5  Attorney for Defendant
   WADE ANTHONY VARNER
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 WADE VARNER, an individual,            )   **Case No: C 04-03990 SBA**
                                          )
11                    Plaintiff,          )
   v.                                     )   **ORDER GRANTING LEAVE TO**
12                                        )   **FILE A FIRST AMENDED**
   LAKE COUNTY, LAKE COUNTY SHERIFF'S     )   **COMPLAINT**
13 DEPARTMENT, LAKE COUNTY SHERIFF'S      )   **FOR DAMAGES FOR**
   SERGEANT DARREN DASKAM, LAKE           )   **DEPRIVATION OF**
14 COUNTY CORRECTIONS OFFICER MATT        )   **CONSTITUTIONAL RIGHTS AND**
   GRAMMAR, AND  DOES 3 TO 20,            )   **FOR ISSUANCE OF NEW**
15                                        )   **SUMMONS.**
                                          )
16                    Defendants.         )

17

18     UPON THE STIPULATION OF THE PARTIES,

19     **IT IS HEREBY ORDERED** that Plaintiff may file the FIRST

20 AMENDED COMPLAINT FOR DAMAGES FOR DEPRIVATION OF CONSTITUTIONAL

21 RIGHTS, attached to and filed with the Stipulation, and that the

22 Clerk of the Court will issue new summons naming the additional

23 defendants upon delivery of the summons to the Clerk.

24

25

26 Dated: <u>6/12/06</u>                    _/s/ Saundra B Armstrong_
                                            HONORABLE SAUNDRA B. ARMSTRONG,
27                                          UNITED STATES DISTRICT COURT JUDGE

28