GARY M. LEPPER, #45498
LEPPER & HARRINGTON
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
(925) 256-6180
(925) 943-6190 (fax)

Attorneys for defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WADE VARNER,

    Plaintiff,

vs.

LAKE COUNTY, LAKE COUNTY SHERIFF'S DEPARTMENT, LAKE COUNTY SHERIFF'S SERGEANT DARREN DASKAM, LAKE COUNTY CORRECTIONS OFFICER MATT GRAMMAR, and DOES 3 to 20,

    Defendants.

Case No. C 04-3990 SBA

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED between plaintiff Wade Varner and defendants Lake County, Lake County Sheriff's Department, Lake County Sheriff's Sergeant Darren Daskam and Lake County Corrections Officer Matt Grammar that this lawsuit may be dismissed, with prejudice, with both the plaintiff and the defendants to bear their own costs and attorneys' fees.

SO STIPULATED on October 31, 2006.

LAW OFFICES OF PAUL RAYMOND TURLEY

_____
Paul Raymond Turley
Attorney for plaintiff

7    IT IS HEREBY ORDERED that the lawsuit is dismissed, with prejudice, with the
8 plaintiff and the defendants to bear their own costs and attorneys' fees.

9

10 Dated: _11-13-06_____

11

12

13                                        _____/s/ Saundra B. Armstrong_____
                                          Saundra Brown Armstrong
14                                        United States District Court Judge